No. 1003. CITIZENS WHOLESALE SUPPLY COMPANY, PETITIONER, *v.* D. H. SNYDER ET AL. March 17, 1913. Petition for a writ of certiorari to the United States

Circuit Court of Appeals for the Third Circuit denied. *Mr. T. Walter Fowler* for the petitioner. No appearance for the respondents.